IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| CONNIE S. HADDAD, ) | |
| Plaintiff, ) | |
| v. ) | No. 07-3035-CV-S-DW |
| WESTGATE GV SALES & MARKETING, LLC, ) | |
| Defendant. ) | |

**ORDER**

Before the Court is the parties Joint Stipulation for Entry of Order of Dismissal with Prejudice. (Doc. 26). Pursuant to the Stipulation, the case is DISMISSED WITH PREJUDICE with each party to bear its own costs and attorneys' fees.

Date:   December 6, 2007                                  /s/ Dean Whipple
                                                      Dean Whipple
                                                      United States District Judge